1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ERIK MARTINEZ,                               No. 2:14-cv-0114-CMK-P

12              Plaintiff,

13         vs.                                    ORDER

14   BRYAN FLICKER,

15              Defendant.

16   _____/

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court are plaintiff's requests for additional time and motion

19   to proceed in forma pauperis.

20         On May 13, 2014, plaintiff was ordered to submit a complete application for leave

21   to proceed in forma pauperis, along with the required certified copy of his trust account

22   statement.  Plaintiff indicates he had some difficulty in obtaining the certified copy of his trust

23   account, but he has obtained the necessary copy and provided it to the court.  He has not,

24   however, completed and signed the necessary application.  He was provided a copy of the

25   application, and was ordered to returned it as well as the trust account statement.  Both are

26   required for the court to approve his in forma pauperis status.  As the court has now received the

1

1   trust account statement, plaintiff will not be required to produce another copy.  He is required to

2   return a completed application.   See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2).

3               Plaintiff will be provided another opportunity to submit either a completed

4   application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that

5   failure to resolve the fee status of this case within the time provided may result in the dismissal

6   of this action for lack of prosecution and failure to comply with court rules and orders.  See Local

7   Rule 110.

8               Accordingly, IT IS HEREBY ORDERED that:

9               1.      Plaintiff's motions for additional time to submit his application for leave

10  to proceed in forma pauperis (Docs. 10, 11) are granted;

11              2.      Plaintiff shall submit on the form provided by the Clerk of the Court,

12  within 30 days from the date of this order, a complete application for leave to proceed in forma

13  pauperis, or the appropriate filing fee; and

14              3.      The Clerk of the Court is directed to send plaintiff a new form Application

15  to Proceed In Forma Pauperis By a Prisoner.

16

17   DATED:  October 23, 2014

18                                              _____

19                                              **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

2